| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-03596 |
|---|---|---|---|
| HRD Corporation (d/b/a Marcus Oil & Chemical) ||||
| *versus* ||||
| Dow Chemical Company ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Aaron A. Barlow<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654<br>312-222-9350<br>IL 6200856 |
|---|---|
| Seeks to appear for this party: | Defendant, Dow Chemical Company |
| Dated: 1/9/14 | Signed: [signature] |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                         United States District Judge