UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-03596 |
|---|---|---|---|
| HRD Corporation (d/b/a Marcus Oil & Chemical) ||||
| *versus* ||||
| Dow Chemical Company ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Katya Jestin<br>JENNER & BLOCK LLP<br>919 Third Avenue, 37th Floor<br>New York, NY 10022-3902<br>(212) 891-1685<br>N.Y. State Attorney #2854073<br>USDC - KJ6047 |
|---|---|
| Seeks to appear for this party: | Defendant, Dow Chemical Company |
| Dated:    1/9/2014 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
United States District Judge